UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THALESE R. WHITE,

    Plaintiff,

v.

Case No. 24-cv-11922
Hon. Matthew F. Leitman

SOMMER R. LARIVE

    Defendant.
_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 28, 2025
Detroit, Michigan